IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 22 2025

Nathan Ochsner, Clerk of Court

HENRY SIMPSON                [ ]

V.                           [ ]    CIVIL ACTION NO.
                                    "JURY DEMANDED"
KOLTON STOKER ET AL.         [ ]

---

## ORIGINAL COMPLAINT

### I. JURISDICTION AND VENUE

1. This is a civil action authorized by 42 U.S.C. § 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. § 1331(a)(3).

Plaintiff seeks declatory relief pursuant to 28 U.S.C. § 2201 and 2202.

Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. § 2283 and 2284 and rule 65 of the Fed.R.Civ.P.

2. The Southern District of Texas - Houston Division is an appropiate venue under 28 U.S.C. § 1391(b)(2) because it is where the events giving rise to this claim occorred.

### II. PLAINTIFF

3. Plaintiff, Henry Simpson is and was at all times mentioned herein a prisoner of the state of Texas in the custody of the Texas Department of Criminal Justice (TDCJ). Plaintiff is currently confined at Wallace Pack Unit @ 2400 Wallace Pack road Navasota Texas 77868.

### III. DEFENDANTS

4. Kolton Stoker is a U.T.M.B. employee, medical services supervisor responsible for determining medical co-pay fees and discerning I-60's from sick - call requests as well as communicating with medical

providers at Wallace Pack Unit.

5. _____ Tanner is a medical supply U.T.M.B. employee responsible for issueing/ obtaining medical equipement and supplies to prisoner-patients at Wallace Pack Unit.

6. Susan Odak is a U.T.M.B. employee and medical provider responsible for medical treatment at Wallace Pack Unit.

7. _____ Calhoun is a U.T.M.B. employee and nurse responsible for initial examinations / vital sign checks of prisoners at Wallace Pack Unit.

8. Each defendant is sued individually and in their official capacity. At all timmes mentioned in this complaint each defendant acted under color of state law.

## IV. FACTS

9. Defendants Stoker, Odak and other medical providers intentionally and deliberately engaged in fraudulent co-pay fees (proven by numerous " returns" and refunded charges - only after written complaints / notices ). The fees were exempt or covered medical conditions per A.D. 06-08 policy and 501. government codes, but, the defendants took fees knowing the seizures were illegal and despite thousands (literally) if returned fees.

The defendant, as a medical services supervisor - experienced in many similar civil actions, knowingly continues to defraud prisoners deliberately committing class conspiracy and violating plaintiff's fourth, eighth and fourteenth amendment constitutional rights.

10. Defendant Tanner is medical supply staff employed by U.T.M.B. at Wallace Pack Unit. She had the responsibilty to issue the plaintiff a prescribed rollator immediately after his pass was issued. Defendant Tanner refused to issue prescribed medical treatment and expressed disdain, disrespect and discrimination as retaliation and to deprive

2

plaintiff of said treatment/ equipment. Her actions deprived him of his fourth, eoghth and fourteenth amrndment constitutional rights to freedom of illegal search and seizure, adequate medical care and due process.

11. Defendant Odak was responsible for providing a prescribed rollator, whom she herself prescribed, and failed to have the prescribed medical equipment/ treatment issued even after prescibing a medical pass for same.

Defendant Odak conspired to delay or deny the rollator after conversing with Stoker and Tanner. Her actions deprived plaintiff of his fourth, eighth and fourteenth amendment rights.

12. Defendant Calhoun was present and participated in numerous discussions stating the retaliatory acts to deprive the plaintiff of his prescribed rollator. The statments were derogatory, aggressive and intended to cause furthur seizures of co-pay funds repeated for the denied treatment. Her actions deprived plaintiff of his fourth, eighth and fourteenth amendment rights.

## V. EXHAUSTION OF REMEDIES

13. Plaintiff properly exhausted administrative remedies utilizing the grievance procedures per TDCJ policy and complied with PLRA requirements. Plaintiff has no ther plain or adequate remedies at relief.

## VI. LEGAL CLAIMS

14. Plaintiff reallege and incorporates by reference paragraphs 1 - 13.

15. The first names of defendants Calhoun and Tanner are assumed to be forthcoming and will be corrected by Amended Complaint soon.

16. The plaintiff has no adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has and will be irreparably injured by the defendants depravity of adequate medical care until injunctive

relief is granted temporarily and immediately.

### VII. PRAYER FOR RELIEF

WHEREFORE, plaintiff prays this Honorable Court enter judgment granting plaintiff;

17. A declaration that the acts and ommissions described herein violated plaintiff's rights under the Constitution and laws of the Unietd States.

18. A plreliminary injunction Ordering the defendants to cease denial of pescribed medical treatments and the illegal seizure of exempt and covered medical co-pay fees and the vetting of same prior to any seizures.

19. Compensatory damages in the amount of 3,000.00 dollars against each defendant jointly and severally.

20. Punative damages in the amount of $ 1,500.00 against each defendant.

21. A jury trial on all issues triable.

22. Plaintiff's filing fees and costs for this claim.

23. Any additional relief the jury deems appropiate and equitable.

Dated. September 16 ,2025

*Henry Simpson*

Respectfully submitted,

Henry Simpson # 8997033
Pack 1
2400 Wallace Pack road
Navasota,TX.77868

## VERIFICATION

I have read the above and foregoing Original Complaint and hereby verify that the matters alleged therein are true, except for the matters alleged on belief of information and as to those, I do believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

executed at Navasota Texas on September 16, 2025.

*Henry Simpson*
Henry Simpson # 899703
Pack 1
2400 Wallace Pack road
Navasota, TX. 77868

Hery Simpson #899703
Pack 1
2400 Wallace Pack rd.
Navasota, TX. 77868

(legal mail)

Clerk for the
U.S. District Court - S.D.
P.O. Box 61010
Houston, TX. 77208

HOUSTON TX RPDC 773
19 SEP 2025 AM 4 L

77205-101010

United States Courts
Southern District of Texas
FILED
SEP 22 2025
Nathan Ochsner, Clerk of Court